UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WIVES AND MOTHERS OF PRISONERS OF THE STATE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WALTER WEINBERG, et al.,<br><br>　　　　　　Defendant. | Case No. C05-5657RJB<br><br>ORDER DENYING MOTION |

　　　This matter comes before the court on a Motion for Reconsideration Appointment of Attorney and Clarification.  Dkt. 8.  The court has considered the relevant documents and the remainder of the file herein.

　　　On November 29, 2005, the court denied a request to reassign this case, denied the application to proceed *in forma pauperis*, and dismissed the case on the basis that Richard Roy Scott may not prosecute this action on behalf of a corporation.  Dkt. 6.  The order further provided that the court would entertain no further motions or requests in this case.  *Id.*  Judgment was entered on December 2, 2005.  Dkt. 7.

　　　On December 9, 2005, a document was filed, apparently signed by Mr. Scott, requesting (1) reconsideration of the court's November 29, 2005 order; (2) appointment of an attorney to represent the corporation; and (3) clarification.  Dkt. 8.

　　　In requesting reconsideration, Mr. Scott stated that the court should have appointed an attorney to represent the corporation, rather than dismiss the case.  This contention is without merit, and does not provide a sufficient basis for reconsideration of the court's November 29, 2005 order.  *See* Local Rule CR 7(h).  Further, clarification of the court's order is not warranted; this motion shows that Mr. Scott clearly

ORDER
Page - 1

1  understood the basis for the court's order dismissing the case.  Finally, this case is closed, and the court
2  stated in its order that it would not entertain further motions or requests.  The motion for appointment of
3  counsel should therefore be denied pursuant to the explicit instructions of the court in its November 29,
4  2005 order.

5       Therefore, it is hereby

6       **ORDERED** that the Motion for Reconsideration Appointment of Attorney and Clarification (Dkt.
7  8) is **DENIED**.

8       The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
9  party appearing *pro se* at said party's last known address.

10      DATED this 13th day of December, 2005.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 2